

ORDERED in the Southern District of Florida on August 31, 2011.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re | CASE NO. 10-26989-BKC-RAM |
| | CHAPTER 7 |
| HARVEY HERNANDEZ, | |
| Debtor. | |
| BANK LEUMI USA, | |
| Plaintiff, | |
| vs. | ADV. NO. 11-2428-BKC-RAM-A |
| HARVEY HERNANDEZ, | |
| Defendant. | |

**ORDER OF DISMISSAL (§727 CLAIM)**

The Court conducted a hearing in the main case on August 30, 2011, on a Motion to Approve Compromise and Settlement Between Debtor and Bank Leumi USA [DE# 313]. The settlement was approved.

Therefore, it is -

    **ORDERED** as follows:

    1.   This adversary proceeding is dismissed.

    2.   Pursuant to Rule 7041, Fed.R.Bankr.P., a copy of this order will be served on the Trustee and the Assistant United States Trustee, for their review. The Trustee and Assistant United States Trustee shall have 15 days from the entry of this order to file objections to dismissal of the §727 claims.

                                        ###

COPIES TO:

Harvey Hernandez  
5140 Riviera Drive  
Coral Gables, FL 33146

Stephen P. Drobny, Esq.  
Dan Gonzalez, Esq.  
Soneet Kapila, Trustee  
AUST