UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

HARVEY HERNANDEZ,  Case No. 10-26989-RAM

          Debtor. Chapter 7
_____/

BANK LEUMI USA,  Adv. No.: 11-02428-RAM

          Plaintiff,

v.

HARVEY HERNANDEZ,

          Defendant.
_____/

### MOTION TO VACATE ORDER DISMISSING CASE AND RESCHEDULE PRETRIAL CONFERENCE

Plaintiff, Bank Leumi USA ("Plaintiff"), by undersigned counsel, files this Motion to Vacate Order Dismissing Case and Reschedule Pretrial Conference, showing the Court as follows:

1. On August 20, 2011, Plaintiff filed its Complaint [C.P. # 1] against defendant, Harvey Hernandez ("Defendant"), objecting to discharge and dischargeability pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), 727(a)(2) and 727(a)(4).

2. On September 1, 2011, this Court entered an Order ("Order Approving Compromise") [C.P. # 322 in Case No. 10-26989-RAM] approving a compromise (the "Compromise") between Plaintiff and Defendant of the claims presented in the above-captioned adversary proceeding (the "Adversary Proceeding"). In connection therewith, this Court also entered an Order [C.P. # 7] dismissing the Adversary Proceeding.

Adv. No.: 11-02428-RAM

3. The Order Approving Compromise provides that settlement proceeds in the amount of $150,000 (the "Settlement Amount") shall be tendered to Plaintiff on or before September 8, 2011.

4. The Settlement Amount was not timely tendered to Plaintiff, and Counsel for Defendant has been non-responsive to counsel for Plaintiff's requests for payment of the Settlement Amount.

5. The Order Approving Compromise provides, in pertinent part, that "the dismissal of the Adversary Proceeding shall be without prejudice in the event that the Settlement Amount is not paid as provided herein."

6. As Defendant has failed and refused to perform its obligations under the Compromise, good cause exists for this Court to enter an Order vacating the dismissal of the Adversary Proceeding and rescheduling the pretrial conference.

**WHEREFORE**, Plaintiff respectfully requests the entry of an Order vacating the dismissal of the Adversary Proceeding, rescheduling the pretrial conference and granting such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1.

> **SHUTTS & BOWEN LLP**
> *Attorneys for Bank Leumi USA*
> 1500 Miami Center
> 201 South Biscayne Boulevard
> Miami, FL 33131
> Telephone: (305) 358-6300
> Facsimile: (305) 415-9873
>
> By:   */s/ Stephen P. Drobny*
>         Stephen P. Drobny
>         Florida Bar No. 55732

Adv. No.: 11-02428-RAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF or first class U.S. Mail on this 19th day of September, 2011.

/s/ *Stephen P. Drobny*
Stephen P. Drobny

## SERVICE LIST

### Electronic Mail Notice List

- Stephen P. Drobny    sdrobny@shutts.com, mvandenbosch@shutts.com

### Manual Notice List

James B Miller, Esq
19 W Flagler St #416
Miami, FL 33130

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146