

**ORDERED in the Southern District of Florida on October 25, 2011.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

HARVEY HERNANDEZ,                                    Case No. 10-26989-RAM

        Debtor.                                    Chapter 7
_____/

BANK LEUMI USA,                                       Adv. No.: 11-02428-RAM

        Plaintiff,

v.

HARVEY HERNANDEZ,

        Defendant.
_____/

## ORDER ON MOTION TO VACATE ORDER DISMISSING CASE

**THIS MATTER** came before the Court for hearing on October 20, 2011 upon the Motion of plaintiff, Bank Leumi USA ("Plaintiff"), to Vacate Order Dismissing Case and Reschedule Pretrial Conference ("Motion") [C.P. # 10]. Upon consideration of the Motion, the agreement of Plaintiff and defendant, Harvey Hernandez ("Defendant"), as set forth herein, good cause appearing, and the Court being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The deadline for payment of the Settlement Amount, as defined in the *Order Granting Motion to Approve Compromise and Settlement Between Debtor and Bank Leumi USA* (the "Order Approving Compromise") [C.P. # 322 in Case No. 10-26989-RAM], is extended as follows: (1) Defendant shall tender the sum of $30,000 to Plaintiff on or before October 24, 2011; and (2) Defendant shall tender the sum of $120,000 to Plaintiff on or before December 15, 2011.

2. In the event that Defendant fails to timely tender any of the payments set forth in paragraph 1 above, Plaintiff shall, upon submission of a declaration of counsel for Plaintiff as to the default hereunder and proposed Order, be entitled to the immediate entry of an *ex parte* Order vacating the dismissal of this adversary proceeding and rescheduling the pretrial conference.

3. The Court retains jurisdiction to enforce the terms of the Compromise, as defined in the Order Approving Compromise and modified herein.

# # #

Submitted by:
Stephen P. Drobny, Esq.
Shutts & Bowen, LLP
*Counsel for Plaintiff*
1500 Miami Center
201 S. Biscayne Boulevard
Miami, FL  33131

Attorney Drobny shall serve a conformed copy of this Order upon receipt of same on all parties in interest and shall file a Certificate of Service with the Court.