UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

HARVEY HERNANDEZ,                                              Case No. 10-26989-RAM

                                                               Chapter 7

         Debtor.
_____/
BANK LEUMI USA,                                                Adv. No.:  11-02428-RAM

         Plaintiff,

v.

HARVEY HERNANDEZ,

         Defendant.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Order on the Motion to Vacate* [C.P. # 14] was served by electronic transmission, if ECF filer, and/or by first class U.S. mail on the 26th day of October, 2011 on the following parties:

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1.

                                    **SHUTTS & BOWEN LLP**
                                    *Attorneys for Bank Leumi USA*
                                    1500 Miami Center
                                    201 South Biscayne Boulevard
                                    Miami, FL 33131
                                    Telephone: (305) 358-6300
                                    Facsimile: (305) 415-9873

                                    By:     */s/ Stephen P. Drobny*
                                            Stephen P. Drobny
                                            Florida Bar No. 55732

Adv. No.:  11-02428-RAM

## Electronic Mail Notice List

Stephen P. Drobny on behalf of Plaintiff Bank Leumi USA
sdrobny@shutts.com, mvandenbosch@shutts.com

## Manual Notice List

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146

James B Miller, Esq
19 W Flagler St #416
Miami, FL 33130

MIADOCS 5787986 1