United States Bankruptcy Court
Southern District of Florida

Bank Leumi USA,
    Plaintiff

Adv. Proc. No. 11-02428-RAM

Hernandez,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-1     User: oriol-ben     Page 1 of 2     Date Rcvd: Oct 26, 2011
                   Form ID: pdf004     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2011.
aty          Stephen P Drobny,    Shutts & Bowen L L P,    201 S Biscayne Blvd Ste 1500,    Miami, FL 33131-4308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Oct 27 2011 02:24:22     Office of the US Trustee,
        51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                   TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2011**                          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113C-1          User: oriol-ben              Page 2 of 2                  Date Rcvd: Oct 26, 2011
                              Form ID: pdf004              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2011 at the address(es) listed below:
          Stephen P. Drobny    on behalf of Plaintiff   Bank Leumi USA sdrobny@shutts.com, mvandenbosch@shutts.com

                                                                    TOTAL: 1



**ORDERED in the Southern District of Florida on October 25, 2011.**

                                                Robert A. Mark, Judge
                                                United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

HARVEY HERNANDEZ,                                    Case No. 10-26989-RAM

                                                                                Chapter 7

        Debtor.
_____/

BANK LEUMI USA,                                          Adv. No.: 11-02428-RAM

        Plaintiff,

v.

HARVEY HERNANDEZ,

        Defendant.
_____/

## ORDER ON MOTION TO VACATE ORDER DISMISSING CASE

**THIS MATTER** came before the Court for hearing on October 20, 2011 upon the Motion of plaintiff, Bank Leumi USA ("Plaintiff"), to Vacate Order Dismissing Case and Reschedule Pretrial Conference ("Motion") [C.P. # 10]. Upon consideration of the Motion, the agreement of Plaintiff and defendant, Harvey Hernandez ("Defendant"), as set forth herein, good cause appearing, and the Court being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The deadline for payment of the Settlement Amount, as defined in the *Order Granting Motion to Approve Compromise and Settlement Between Debtor and Bank Leumi USA* (the "Order Approving Compromise") [C.P. # 322 in Case No. 10-26989-RAM], is extended as follows: (1) Defendant shall tender the sum of $30,000 to Plaintiff on or before October 24, 2011; and (2) Defendant shall tender the sum of $120,000 to Plaintiff on or before December 15, 2011.

2. In the event that Defendant fails to timely tender any of the payments set forth in paragraph 1 above, Plaintiff shall, upon submission of a declaration of counsel for Plaintiff as to the default hereunder and proposed Order, be entitled to the immediate entry of an *ex parte* Order vacating the dismissal of this adversary proceeding and rescheduling the pretrial conference.

3. The Court retains jurisdiction to enforce the terms of the Compromise, as defined in the Order Approving Compromise and modified herein.

# # #

Submitted by:
Stephen P. Drobny, Esq.
Shutts & Bowen, LLP
*Counsel for Plaintiff*
1500 Miami Center
201 S. Biscayne Boulevard
Miami, FL  33131

Attorney Drobny shall serve a conformed copy of this Order upon receipt of same on all parties in interest and shall file a Certificate of Service with the Court.